UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF ALDON LOUIS BOLANOS - #233915 | Case No. 15-mc-80310-JD<br><br>**ORDER OF SUSPENSION** |

The Court suspended attorney Aldon Louis Bolanos on an interim basis effective December 21, 2015. Dkt. No. 1. Mr. Bolanos has nevertheless continued to practice despite that suspension order. *See* Case Nos. 15-cv-00048-JSW, 13-cv-04997-NC. These are flagrant violations of the Court's order and our Civil Local Rules.

Mr. Bolanos' membership in the bar of this Court is hereby suspended, and he may not practice in this district court until he has applied for readmission and has properly been reinstated.

Magistrate Judge Cousins has referred Mr. Bolanos to the Court's Standing Committee on Professional Conduct. *See* Dkt. No. 125 in *Diamos v. Specialized Loan Servicing, LLC*, Case No. 13-cv-04997-NC. That referral will go forward.

**IT IS SO ORDERED.**

Dated: April 8, 2016

JAMES DONATO
United States District Judge